MARY R. MORONEY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Moroney* v. *City of New York*, 117 App. Div. 843, affirmed.
(Argued December 20, 1907; decided January 7, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

March 13, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been occasioned by defendant's negligence.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* and *James W. Covert* of counsel), for appellant.

*Elmer S. White* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: EDWARD T. BARTLETT, J.